# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>TIMOTHY LOUIS HALE-CUSANELLI<br>*Defendant* | Case No.   21-3003 (TJB) |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 19th day of January, 2021,

ORDERED that Andrea Bergman from the office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

s/ Tonianne J. Bongiovanni
United States Magistrate Judge