UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | MAGISTRATE NO. 21-MJ-75 (RMM) |
| : | |
| TIMOTHY LOUIS HALE CUSANELLI, : | |
| Defendant. : | |

## ORDER

Upon consideration of the Government's Motion for Emergency Stay and for Review of Detention Order as to defendant Timothy Louis Hale-Cusanelli

It is this 19th day of January, 2021,

**ORDERED**, that the Motion for an Emergency Stay is hereby **GRANTED** and the release order entered by the District of New Jersey Magistrate Judge on January 19, 2021 as to defendant Timothy Louis Hale-Cusanelli is **STAYED** pending review of the detention decision by this Court.

BERYL A. HOWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

1